☙AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/11

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 02 Cr. 583 |
| William Morales ) | USM No: 44664-054 |
| Date of Previous Judgment: 7/12/2006 ) | Gary G. Becker, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ **DENIED.**   ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **276** months **is reduced to** **233**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: **38**           Amended Offense Level: **36**
Criminal History Category: **II**        Criminal History Category: **II**
Previous Guideline Range: **322** to **382** months   Amended Guideline Range: **270** to **322** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated **7/12/06** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **August 19, 2011**          _____
                                          Judge's signature

Effective Date: _____         William H. Pauley III, U.S.D.J.
         (if different from order date)          Printed name and title