## Change of address

RECEIVED
SDNY PRO SE OFFICE
2011 AUG 15 PM 3:38

William Morales
Reg. No. 44664-054
L.S.C.I., Allenwood
P.O. Box 1000
White Deer, PA 17887-1000



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/11

Office of Clerk
United States District Court
Southern District of New York
U.S. Court House
500 Pearl Street  Room 230
New York, New York  10007

August 9, 2011

RE: Morales V. United States
  Case No. 09-CV-4394(WHP)
  S G-02-CR-583 (WHP)

Dear Clerk,

  Please be advised that I have been transferred to: L.S.C.I., Allenwood.  Would you please take note of my new address below and forward all pleadings, documents etc to my new address:

  William Morales
  Reg. No. 44664-054
  Low Security Correctional Institution, Allenwood
  P.O. Box 1000
  White Deer, PA 17887-1000

  Thank you for your consideration.

Yours truly,

William Morales