```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

    -against-                                              :     02 Cr. 583 (WHP)

WILLIAM MORALES,                              :     ORDER
                       Defendant.   :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court received Defendant William Morales' Motion Seeking Modification of Sentence dated January 31, 2012. The following schedule is established:

        1. The Government's response shall be submitted on April 27, 2012.

        2. The Defendant's reply shall be submitted on May 25, 2012.

Dated: New York, New York
       February 14, 2012

                              SO ORDERED:

                              WILLIAM H. PAULEY III,
                              U.S.D.J.

*Counsel of record:*

Laurie Ann Korenbaum, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
*Counsel for Government*

William Morales, *Pro Se*
Prison Number 44664-054
F.C.I Allenwood
P.O. Box 1000
White Deer, PA 17887