```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6-26-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA : S6 02CR0583-01 (WHP)

-v- : ORDER

WILLIAM MORALES
        Defendant. :

------------------------------------------------------------X

      On July 6, 2006, the defendant was sentenced principally to a term of imprisonment of 276 months. Subsequently, the defendant's sentence was reduced two times, first to 233 months of imprisonment based on the November 1, 2007 retroactive amendment to the crack cocaine Guidelines and then to 228 months of imprisonment based on the November 2, 2011 retroactive amendment to the crack cocaine Guidelines. The second amended Judgment was filed on January 31, 2013. This Court appointed counsel to represent the defendant and observed that the defendant appeared to be eligible for a two level adjustment of his sentencing guidelines based on the recent amendment to the drug guidelines, which would yield a range of 195 to 228 months' imprisonment.

      On November 7, 2014, defense counsel provided its submission and the Government responded on June 22, 2015. The parties agree that the defendant is eligible for a sentence reduction, and the Probation Department's submission concurs that the defendant is eligible for the reduction.

      Having considered the record in this case and the parties' arguments, it is hereby ORDERED that the defendant's offense level is reduced to level 32, and his sentence is reduced to 195 months' imprisonment. All other terms of the judgment in this case shall remain unchanged. This order is effective on November 1, 2015.

Dated: June 25, 2015
New York, New York

                                                Hon. William H. Pauley III
                                                United States District Judge